**Kelvin Donnell COWARD,
Petitioner–Appellant,**

v.

**Ronald ANGELONE, Respondent–
Appellee.**

No. 00–7393.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

Kelvin Donnell Coward, pro se.

Before WIDENER and MICHAEL,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

PER CURIAM.

Kelvin Donnell Coward seeks to appeal
the district court's order denying relief on
his petition filed under 28 U.S.C.A. § 2254
(West 1994 & Supp.2000). We have re-
viewed the record and the district court's
opinion and find no reversible error. Ac-
cordingly, we deny leave to proceed in
forma pauperis, deny a certificate of ap-
pealability, and dismiss the appeal on the
reasoning of the district court. *Coward v.
Angelone,* No. CA–00–1154–AM (E.D.Va.
filed Sept. 5, 2000; entered Sept. 7, 2000).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before

the court and argument would not aid the
decisional process.

*DISMISSED.*